UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

GREGORY RICHARD PURDY, et al.,

Defendants.

Case No. 1:22-cr-19-RCL

## VERDICT FORM

We, the jury in the above-titled case, find the defendants:

**Count One:** Obstructing Officers During Civil Disorder, in violation of 18 U.S.C. § 231(a)(3)

Verdict as to Gregory Richard Purdy, Jr.:

__X__
Guilty                                              _____
                                                    Not Guilty

**Count Two:** Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1)

Verdict as to Gregory Richard Purdy, Jr.:

__X__
Guilty                                              _____
                                                    Not Guilty

If you unanimously find Defendant Gregory Richard Purdy, Jr. guilty of the above crime, have your foreperson check the blank space above "guilty." Do not consider the lesser-included offense of simple assault.

If you unanimously find the Defendant Gregory Richard Purdy, Jr. not guilty of the above charge, have your foreperson check the blank space above "not guilty." You then must consider whether the defendant is guilty of the lesser-included offense of simple assault.

1

If you are unable to reach a unanimous decision on the above charge, leave the space blank and decide whether the defendant is guilty of the lesser-included offense of simple assault.

**Lesser-Included Offense**: Simple Assault, in violation of 18 U.S.C. § 111(a)(1)

Verdict as to Gregory Richard Purdy, Jr.:

_____              _____
Guilty                                         Not Guilty

**Count Three**: Obstructing Officers During Civil Disorder, in violation of 18 U.S.C. § 231(a)(3)

Verdict as to Gregory Richard Purdy, Jr.:

____X____                          _____
Guilty                                         Not Guilty

**Count Four**: Obstructing Officers During Civil Disorder and Aiding and Abetting, in violation of 18 U.S.C. §§ 231(a)(3) and 2

Verdict as to each defendants:

1. Gregory Richard Purdy, Jr.:

____X____                          _____
Guilty                                         Not Guilty

2. Robert Turner:

____X____                          _____
Guilty                                         Not Guilty

**Count Five:** Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1)

Verdict as to Gregory Richard Purdy, Jr.:

__X_____                          _____
Guilty                                 Not Guilty

If you unanimously find Defendant Gregory Richard Purdy, Jr. guilty of the above crime, have your foreperson check the blank space above "guilty." Do not consider the lesser-included offense of simple assault.

If you unanimously find the Defendant Gregory Richard Purdy, Jr. not guilty of the above charge, have your foreperson check the blank space above "not guilty." You then must consider whether the defendant is guilty of the lesser-included offense of simple assault.

If you are unable to reach a unanimous decision on the above charge, leave the space blank and decide whether the defendant is guilty of the lesser-included offense of simple assault.

**Lesser-Included Offense:** Simple Assault, in violation of 18 U.S.C. § 111(a)(1)

Verdict as to Gregory Richard Purdy, Jr.:

_____                          _____
Guilty                                 Not Guilty

3

**Count Six:** Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1)

Verdict as to Robert Turner:

__X__ Guilty          _____ Not Guilty

If you unanimously find Defendant Robert Turner guilty of the above crime, have your foreperson check the blank space above "guilty." Do not consider the lesser-included offense of simple assault.

If you unanimously find the Defendant Robert Turner not guilty of the above charge, have your foreperson check the blank space above "not guilty." You then must consider whether the defendant is guilty of the lesser-included offense of simple assault.

If you are unable to reach a unanimous decision on the above charge, leave the space blank and decide whether the defendant is guilty of the lesser-included offense of simple assault.

**Lesser-Included Offense**: Simple Assault, in violation of 18 U.S.C. § 111(a)(1)

Verdict as to Robert Turner:

_____ Guilty          _____ Not Guilty

**Count Seven:** Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. §§ 1512(c)(2) and 2

    Verdict as to each defendants:

        1. Gregory Richard Purdy, Jr.:

        __X__ Guilty                                     ____ Not Guilty

        2. Robert Turner:

        __X__ Guilty                                     ____ Not Guilty

**Count Eight:** Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1)

    Verdict as to each defendants:

        1. Gregory Richard Purdy, Jr.:

        __X__ Guilty                                     ____ Not Guilty

        2. Matthew Purdy:

        ____ Guilty                                     __X__ Not Guilty

        3. Robert Turner:

        __X__ Guilty                                     ____ Not Guilty

**Count Nine:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2)

    Verdict as to each defendants:

        1. Gregory Richard Purdy, Jr.:

        __X__ Guilty          ____ Not Guilty

        2. Matthew Purdy:

        ____ Guilty          __X__ Not Guilty

        3. Robert Turner:

        __X__ Guilty          ____ Not Guilty

**Count Ten:** Engaging in Physical Violence in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(4)

    Verdict as to each defendants:

        1. Gregory Richard Purdy, Jr.:



        __X__ Guilty          ____ Not Guilty

        2. Robert Turner:

        __X__ Guilty          ____ Not Guilty

**Count Eleven:** Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D)

    Verdict as to each defendants:

        1. Gregory Richard Purdy, Jr.:

        __X__  
        Guilty                                                 Not Guilty

        2. Matthew Purdy:

        __X__  
        Guilty                                                 Not Guilty

        3. Robert Turner:

        __X__  
        Guilty                                                 Not Guilty

**Count Twelve:** Act of Physical Violence in the Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(F)

    Verdict as to each defendants:

        1. Gregory Richard Purdy, Jr.:

        __X__  
        Guilty                                                 Not Guilty

        2. Robert Turner:

        __X__  
        Guilty                                               Not Guilty

**Count Thirteen:** Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G)

    Verdict as to each defendants:

        1. Gregory Richard Purdy, Jr.:

             __X__ Guilty                          _____ Not Guilty

        2. Matthew Purdy:

             __X__ Guilty                          _____ Not Guilty

        3. Robert Turner:

             __X__ Guilty                          _____ Not Guilty

Date: __6-11-24__