**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Case No. 22-CR-19-001, 003 (RCL) |
| **GREGORY RICHARD PURDY, JR,** and **ROBERT TURNER,** | : |
| **Defendants.** | : |

## ORDER

Pursuant to the motion filed by the United States, ECF 288, it is hereby ordered that the Motion to Dismiss the Superseding Indictment with respect to Defendants Gregory Richard Purdy, Jr. and Robert Turner, pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 21st day of Jan., 2025.

_____
HONORABLE ROYCE C. LAMBERTH
United States District Court Judge